HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:24-mj-00007-CDB |
| Plaintiff, | |
| vs. | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| SHARON VANCE, | |
| Defendant, | |

Defendant Sharon Vance, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel. Our office has a conflict.

On February 14, 2024, a Complaint was issued in the above captioned case. Ms. Vance had an initial appearance on the allegations in the Central District of California on February 27, 2024, where the court appointed counsel to represent her and ordered her released on conditions. Ms. Vance is scheduled for an initial appearance in the Eastern District of California on the pending Complaint, counsel is needed to facilitate her appearance on Thursday, March 7, 2024.

///

///

///

Ms. Vance submits the Financial Affidavit as evidence of her inability to retain counsel. Therefore, after reviewing her Financial Affidavit it is respectfully recommended that the counsel be promptly appointed to assist in advance of Ms. Vance arraignment.

DATED: February 29, 2024     /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

## **O R D E R**

Having satisfied the Court that the defendant Sharon Vance is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **February 29, 2024**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE